## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DARRIAN DANIELS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO.   13-609-SCW** |
| | ) | |
| **CRAIG MITHCELL, MICHAEL ATCHISON, RICHARD HARRINGTON, MICHAEL KORANDO, JOHN DOE and JANE DOE,** | ) ) ) ) | |
| Defendant(s). | | |

### JUDGMENT IN A CIVIL CASE

Defendants JOHN DOE and JANE DOE were dismissed with prejudice on May 20, 2015, by an Order entered Chief Judge Michael J. Reagan (Doc.. 37).

Defendant MICHAEL KORANDO was dismissed with prejudice on January 11, 2016 by oral Order entered by Magistrate Judge Stephen C. Williams     (Doc.67).

The remaining case came before this Court for jury trial.    The issues have been tried and the jury rendered its verdict in favor of Plaintiff DARRIAN DANIELS and against Defendant CRAIG MITCHELL in the amount of one thousand dollars ($1,000.00) in compensatory damages and two thousand five hundred dollars ($2,500.00) in punitive damages; and in favor of Defendants MICHAEL ATCHISON and RICHARD HARRINGTON and against Plaintiff DARRIAN DANIELS (Doc. 71).

**THEREFORE**, judgment is entered in favor of Plaintiff **DARIAN DANIELS** and against Defendant **CRAIG MITCHELL** in the amount of three thousand five hundred dollars ($3,500.00). Judgment is entered in favor of Defendants **MICHAEL ATCHISON, RICHARD**

**HARRINGTON, MICHAEL KORONDO, JOHN DOE** and **JANE DOE** and against Plaintiff **DARRIAN DANEILS**.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.   These deadlines for motions under Rule 59 cannot be extended by the Court.   The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.   This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 13th day of January, 2016

**JUSTINE FLANAGAN, ACTING CLERK**

BY: _/s/ Angela Vehlewald_
         **Deputy Clerk**

**Approved by**  _/s/ Stephen C. Williams_
         **United States Magistrate Judge**
         **Stephen C. Williams**